IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**ELIZABETH MICHELLE LEWIS,**

    **Plaintiff,**

  **v.**                                                            **CIVIL NO. 1:24-CV-4**
                                                                                                                    **(KLEEH)**

**MARTIN O'MALLEY,**
**Commissioner of Social Security,**

    **Defendant.**

**ORDER ADOPTING REPORT AND RECOMMENDATION [ECF NO. 20] AND DISMISSING ACTION WITH PREJUDICE**

On January 1, 2024, the Plaintiff, Kimberly Michelle Lewis ("Plaintiff"), filed a Complaint against the Commissioner of Social Security ("Defendant"). Pursuant to 28 U.S.C. § 636 and the local rules, the Court referred the action to United States Magistrate Judge Michael J. Aloi (the "Magistrate Judge") for review. The parties filed cross motions for summary judgment. On November 14, 2024, the Magistrate Judge entered a Report and Recommendation ("R&R"), recommending that the Court deny Plaintiff's motion for summary judgment and grant Defendant's motion for summary judgment.

The R&R informed the parties that they had fourteen (14) days from the date of service of the R&R to file "written objections identifying the portions of the Report and Recommendation to which objection is made, and the basis for such objection." It further

**ORDER ADOPTING REPORT AND RECOMMENDATION [ECF NO. 20] AND DISMISSING ACTION WITH PREJUDICE**

warned them that the "[f]ailure to timely file objections . . . will result in waiver of the right to appeal from a judgment of this Court based upon such Report and Recommendation." To date, no objections have been filed.

When reviewing a magistrate judge's R&R, the Court must review de novo only the portions to which an objection has been timely made. 28 U.S.C. § 636(b)(1)(C). Otherwise, "the Court may adopt, without explanation, any of the magistrate judge's recommendations" to which there are no objections. Dellarcirprete v. Gutierrez, 479 F. Supp. 2d 600, 603–04 (N.D.W. Va. 2007) (citing Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983)). Courts will uphold portions of a recommendation to which no objection has been made unless they are clearly erroneous. See Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005).

Because no party has objected, the Court is under no obligation to conduct a de novo review. Accordingly, the Court reviewed the R&R for clear error. Upon careful review, and finding no clear error, the Court **ADOPTS** the R&R [ECF No. 20]. Plaintiff's motion for summary judgment is **DENIED** [ECF No. 8]. Defendant's motion for summary judgment is **GRANTED** [ECF No. 15]. This action is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's active docket. The Clerk is directed to enter judgment in favor of Defendant.

**ORDER ADOPTING REPORT AND RECOMMENDATION [ECF NO. 20] AND DISMISSING ACTION WITH PREJUDICE**

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: May 1, 2025

*[signature: Tom S Kleeh]*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA